**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO.: 9:18-cv-80721-MIDDLEBROOKS/BRANNON**

IN RE:

PETITION OF DANIEL EDELSTEIN REVOCABLE TRUST as titled owner of and for a 57' 1990 VIKING, hull identification number VKY5711D989 her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

       Petitioner.

_____/

**NOTICE OF SELECTION OF MEDIATOR**

Petitioner, DANIEL EDELSTEIN REVOCABLE TRUST as titled owner of and for a 57' 1990 VIKING, hull identification number VKY5711D989 her engines, tackle, and appurtenances, by and through undersigned counsel, hereby serves notice that the Parties have agreed upon **NORMAN S. GERSTEIN, Esq.** to act as mediator in this case. Upon selection of a mediation date, the Parties will promptly file a notice of mediation.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

**DAVANT LAW, P.A.**
*Attorneys for Petitioner*
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, FL  33301
Telephone: (954) 414-0400
Facsimile:  (954) 332-3301


By:/s/ *Aaron M. Dmiszewicki*
      Charles S. Davant
      Florida Bar No. 15178
      csd@davantlaw.com
      Aaron M. Dmiszewicki
      Florida Bar No. 111455
      amd@davantlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

      /s/*Aaron M. Dmiszewicki*
      Aaron M. Dmiszewicki